[990 NE2d 129, 967 NYS2d 891]

In the Matter of GLEN R. GEORGE, a Justice of the Middletown Town Court, Delaware County, Petitioner. STATE COMMIS-SION ON JUDICIAL CONDUCT, Respondent.

Decided May 30, 2013

**APPEARANCES OF COUNSEL**

*Thomas K. Petro*, Kingston, for petitioner.
*Robert H. Tembeckjian*, New York City, for respondent.

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Glen R. George is suspended, with pay, effective immediately, from the office of Justice of the Middletown Town Court, Delaware County, pursuant to NY Constitution, article VI, § 22 and Judiciary Law § 44 (8).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.